IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.    5:19-CR- 419 (NAM) |
| | ) |
| v. | ) **Indictment** |
| | ) |
| **PETER CORREA,** | ) Violation:    18 U.S.C. § 2261A(2)(B) |
| | )                    [Stalking] |
| **Defendant.** | ) |
| | ) 1 Count |
| | ) |
| | ) County of Offense:   Onondaga |

## THE GRAND JURY CHARGES:

**COUNT 1**
[Stalking]

From in or about May 2019 through June 2019, in Onondaga County in the Northern District of New York, and elsewhere, the defendant, **PETER CORREA,** with intent to harass and intimidate another person, K.L., did use an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to K.L., in violation of Title 18, United States Code, Section 2261A(2)(B).

Dated:    November 20, 2019

A TRUE BILL,    *NAME REDACTED

/ Grand Jury Foreperson /

GRANT C. JAQUITH
United States Attorney

By: _____
Tamara Thomson
Assistant United States Attorney
Bar Roll No. 515310